HOMER DENSON v. STATE.

192 So. 180
Opinion Filed November 7, 1939
Rehearing Denied December 4, 1939

*Zewadski & Pierce,* for Plaintiff in Error;

*George Couper Gibbs,* Attorney General, and *Thomas J. Ellis,* Assistant Attorney General, for Defendant in Error.

PER CURIAM.—In this cause Mr. Chief Justice TERRELL and Mr. Justice BROWN and Mr. Justice BUFORD are of the opinion that the judgment of the circuit court should be

reversed while Mr. Justice WHITFIELD and Mr. Justice CHAPMAN and Mr. Justice THOMAS are of the opinion that the judgment should be affirmed. When the members of the Supreme Court, sitting six members in a body and after full consultation, it appears that the members of the Court are permanently and equally divided in opinion as to whether the said judgment should be affirmed or reversed, and there is no prospect of an immediate change in the personnel of the Court, the decree should be affirmed; therefore it is considered, ordered and adjudged under the authority of State *ex rel*. Hampton v. McClung, 47 Fla. 224, 37 So. R. 51, that the judgment of the circuit court in this cause be, and the same is hereby, affirmed..

Affirmed.

TERRELL, C. J., WHITFIELD, BROWN, BUFORD, CHAPMAN and THOMAS, J. J., concur.